UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

> Kangdi Electric Vehicle (Hainan) Co., Ltd. and SC Autosports, LLC, dba Kandi America
>
>                       **Plaintiff,**
>
> v.
>
> **UNITED STATES,**
>
>                       **Defendant.**

S U M M O N S    25-00202

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Kangdi Electric Vehicle (Hainan) Co., Ltd. and SC Autosports, LLC, dba Kandi America. Plaintiffs are a foreign manufacturer and a U.S. importer of merchandise subject to the determination being challenged in this action, respectively. Plaintiffs are interested parties within the meaning of 19 USC §§ 1677(9)(A) and 1516a(f)(3), and 28 USC §2631(k)(1). Therefore, Plaintiffs are parties to the proceeding and have standing to commence this action pursuant to 19 USC § 1516a(d) and 28 USC §2631(c).
(Name and standing of plaintiff)

2. Plaintiffs contest the U.S. Department of Commerce's final affirmative determination of critical circumstances under 19 USC § 1673d as implemented in the antidumping duty order on Certain Low Speed Personal Transportation Vehicles from the People's Republic of China (A-570-176) (the "Order").
(Brief description of contested determination)

3. The Order based upon the Department of Commerce's determination of affirmative critical circumstances is dated August 6, 2025; the Federal Register notice of the Order was published on August 12, 2025 (90 Fed. Reg. 38759, 39759-38764).
(Date of determination)

4. The Final Antidumping Duty Order, based in part on the Department of Commerce's final affirmative determination of critical circumstances published on June 23, 2025 (90 Fed. Reg. 26530), was published on August 12, 2025 (90 Fed. Reg. 38759).
(If applicable, date of publication in Federal Register of notice of contested determination)

_____
Signature of Plaintiff's Attorney

September 11, 2025
      Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Shanshan Liang, Esq.
2104 Delta Way, Suite 1
Tallahassee, FL 32303
(850) 893-0670
sliang@customscourt.com

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Service on the United States:

Attorney General of the United States c/o Attorney-in-Charge
International Trade Field Office, Commercial Litigation Branch, Department of Justice
Office of the Assistant Attorney General, Civil Division
26 Federal Plaza
New York, NY 10007

General Counsel, Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue,
Washington DC 20230